TROY E. PATRICK,
*Appellant,*

*v.*

STATE OF OREGON,
*Respondent.*

(CV 93-0071; CA A82773)

909 P2d 215

David W. Knofler filed the brief for appellant.

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, filed the brief for respondent.

Before Warren, Presiding Judge, and Leeson and Armstrong, Judges.

PER CURIAM

Affirmed. *Martin v. Baldwin*, 138 Or App 296, 906 P2d 868 (1995).